AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK, BROOKLYN__

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB - 8 2008 ★

MEDER

V.

CITY OF NEW YORK, et al

## JUDGMENT IN A CIVIL CASE

Case Number: 06-CV-504 (JG)

✔ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**In light of the jury verdict in favor of the plaintiff, Victoria Meder, the Clerk of the court is respectfully directed to enter the judgment in favor of the plaintiff.**

Date: 2/7/08

ROBERT C. HEINEMANN
Clerk

_(signature)_
(By) Deputy Clerk