UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VICTORIA MEDER,

                              Plaintiff,

    -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                          Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 0504 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 2 8 2008 ★
**BROOKLYN OFFICE**

      An Order of Honorable John Gleeson, United States District Judge, having been
filed on April 23, 2008, directing the Clerk of Court to enter damages in the following
amount: $276,116.73 in front and back pay; $162,865.00 for lost pension benefits;
$82,862.50 in attorney's fees for Jason Abelove; and $38,298.20 in attorney's fees for Louis
Stober, for a total damages award of $560,142.43; it is

      ORDERED and ADJUDGED that damages are entered in favor of plaintiff,
Victoria Meder, in the following amounts: $276,116.73 in front and back pay; $162,865.00
for lost pension benefits; $82,862.50 in attorney's fees for Jason Abelove; and $38,298.20 in
attorney's fees for Louis Stober, for a total damages award of $560,142.43.

Dated: Brooklyn, New York
       July 25, 2008

                         s/Robert C. Heinemann
                         ROBERT C. HEINEMANN
                         Clerk of Court